PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Peter Jiminez                       **Docket Number:** 06-00526-001
                                                                                                                 **PACTS Number:** 45694

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
                                                                         SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** June 7, 2007

**Original Offense:** CONSPIRACY TO DISTRIBUTE NARCOTICS

**Original Sentence:** 24 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release                     **Date Supervision Commenced:** 02/02/09

**Assistant U.S. Attorney:** Andrew Carey, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Paul John Casteleiro, Esq, 86 Hudson Street, Hoboken, New Jersey 07030, (201) 656-1000

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 17, 2011, the offender was arrested and charged in Elizabeth, New Jersey with Possession of Heroin, Possession of CDS with Intent to Distribute, Possession of CDS with Intent to Distribute within 1000 Feet of a School, and Resisting Arrest. On December 15, 2011, the offender appeared in Superior Court of New Jersey, Union County, and plead guilty to Accusation# 11-12-01484 charging him with Possession of CDS with Intent to Distribute within 1000 Feet of a School. Sentencing in this matter has been scheduled for March 9, 2012. |
| 2. | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |

PROB 12C - Page 2
Peter Jiminez

The offender was arrested by the Elizabeth Police Department on October 17, 2011, and he failed to notify the Probation Officer of same within the 72 hour period. The offender verbally admitted to this arrest when confronted by the Probation Officer on October 27, 2011.

3. The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The arrest report dated October 17, 2011, noted an address of 11-13 Centre Street, 2nd Fl, Elizabeth, New Jersey. The address on record was 751 Rahway Avenue, Elizabeth, New Jersey. On October 27, 2011, the offender admitted that he had lost the apartment on Rahway Avenue, and was now living at 160 Elizabeth Avenue, Elizabeth, New Jersey for several weeks. The offender failed to mention that he previously lived at the Centre Street address where he was arrested. At the time of arrest, police recovered the following items in addition to heroin in the apartment: A Cablevision bill in the name of the offender with 13 Centre Street as the noted address, the offender's driver's license, and a US. Department of Justice Inmate photo ID card for the offender.

4. The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On October 26, 2011, the Probation Officer conducted a visit to the offender's employer. At that time, the Probation Officer was advised that the offender had been fired from his position as a driver three (3) weeks earlier. The offender failed to inform the Probation Officer within 72 hours about his dismissal. The offender verbally admitted to being fired when confronted about same on October 27, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 1/11/12

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons.  Date of Hearing: Feb 21, 2012 2:00 p.m
[ ] No Action
[ ] Other

Signature of Judicial Officer

Jan 13, 2013
Date