UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | |
| | : | Criminal No. 06-526-001 |
| PETER JIMINEZ | : | |
| | : | ORDER |

The Defendant, Peter Jiminez, having pled guilty to a violation of supervised release, and having been sentenced on October 16, 2012, (John Yauch, Esq. appearing for Defendant and Andrew Carey, Assistant United States Attorney appearing on behalf of Paul J. Fishman, United States Attorney for the District of New Jersey),

IT IS, on this 17th day of October, 2010,

ORDERED that the Defendant is sentenced to a term of 1 day incarceration; and it is further

ORDERED that upon release from imprisonment, the Defendant shall be on supervised release for a term of 36 months to run concurrent to any previous state or federal sentence.

_____
HONORABLE DICKINSON R. DEBEVOISE
Senior United States District Judge