PROB 12A
(7/93)

United States District Court
for
District of New Jersey
Report on Offender Under Supervision

Name of Offender: Jiminez, Peter                                    Cr.: 06-CR-00526-DRD
                                                                   PACTS #: 45694

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise, Senior United States District Judge
Date of Original Sentence: 06/07/2007

Violation of Supervised Release: 10/15/2012
Violation of Supervised Release: 09/09/2013

Original Offense: Conspiracy to Distribute and Posses with Intent to Distribute Heroin

Original Sentence: 24 months imprisonment; 3 years of supervised release; alcohol testing/treatment, drug testing/treatment, financial disclosure, no new debt, DNA testing, and $100 special assessment

Violation Sentence: 1 day imprisonment; 3 years of supervised release
Violation Sentence: 6 months imprisonment; 2 years of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/31/2014

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On August 8, 2014, the offender tested positive for oxazepam (which is in a class of medications called benzodiazepines). He claimed he took a valium (prescribed to his aunt) a few days prior to the scheduled office visit to relieve a toothache. |

U.S. Probation Officer Action:

While the probation office is discouraged by Jiminez's actions, we are requesting an opportunity to address his noncompliance internally. Jiminez is gainfully employed as a driver and making strides towards re-integration. We intend to increase the intensity of supervision to include more frequent urine testing and community contact with the offender. If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

Maureen Kelly
*Digitally signed by Maureen Kelly*

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 08/28/14

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Sept. 13, 2014
Date